BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIQUEZ
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00386-KJM |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| ANTWANE PEARRE BURRISE, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Antwane Pearre Burrise it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 982(a)(2)(A) and (a)(2)(B), 1029(c)(1)(C) and 1028(b)(5), defendant Antwane Pearre Burrise's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:
   a. Apple I-Phone, MEI 013439002250160,
   b. LG TMobile Cellular Phone, Serial Number 201KPGS112631,
   c. Hewlett Packard Laptop, Serial Number 5CB2013WGM,
   d. Gateway NE56R31U Laptop, Serial Number NXYLUAA0162490684B3400,
   e. Asus Tablet, No Serial Number, and
   f. Apple I-Mac Desktop Computer, Serial Number DCPLD0SGFDST.

2. The above-listed property constitutes or was derived from proceeds obtained directly or indirectly as a result of violations of 18 U.S.C. §§ 1344(2), 1028(a)(3) and

1029(a)(3) and/or was property used or intended to be used to commit violations of 18 U.S.C. §§ 1028(a)(3) and 1029(a)(3).

    3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

    4.    a.    Pursuant to 18 U.S.C. §§ 982(b)(1), 1029(c)(1)(C)(2), and 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(A) and (a)(2)(B), 1029(c)(1)(C) and 1028(b)(5), in which all interests will be addressed.

SO ORDERED this 10th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture