BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00386-KJM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ANTWANE PEARRE BURRISE, | |
| Defendant. | |

WHEREAS, on or about March 11, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(A) and (a)(2)(B), 1029(c)(1)(C) and 1028(b)(5), based upon the plea agreement entered into between plaintiff and defendant Antwane Pearre Burrise forfeiting to the United States the following property:

    a.    Apple I-Phone, MEI 013439002250160,
    b.    LG TMobile Cellular Phone, Serial Number 201KPGS112631,
    c.    Hewlett Packard Laptop, Serial Number 5CB2013WGM,
    d.    Gateway NE56R31U Laptop, Serial Number NXYLUAA0162490684B3400,
    e.    Asus Tablet, No Serial Number, and
    f.    Apple I-Mac Desktop Computer, Serial Number DCPLD0SGFDST.

AND WHEREAS, beginning on March 25, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third

parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(2)(A) and (a)(2)(B), 1029(c)(1)(C) and 1028(b)(5), to be disposed of according to law, including all right, title, and interest of Antwane Pearre Burrise.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 29th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

Final Order of Forfeiture